# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

DAVID CULVER,

    Plaintiff,

v.                                        CASE NO. 5:16-cv-00093-WTH-GRJ

DR. BAYOLA,

    Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 21, 2018. (ECF No. 59). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 62. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk should enter the following judgment: "Summary judgment is GRANTED in favor of Defendant Dr. Bayolo on all claims."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this _18th_ day of June, 2018

_____
UNITED STATES DISTRICT JUDGE